# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## CW03-867
### Consolidated with 03-805

**JOSEPH AND STACEY WILLIAMS**

**VERSUS**

**THOMAS C. LITTON, ET AL.**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
ELEVENTH JUDICIAL DISTRICT COURT
PARISH OF SABINE, NUMBER 55,823
HONORABLE CHARLES B. ADAMS, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**BILLIE COLOMBARO WOODARD**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Billie Colombaro Woodard, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

**WRIT DISMISSED.**

Kenneth N. Simmons
Post Office Box 490
Many, Louisiana 71449
(318) 256-1275
Counsel for Plaintiffs/Appellees:
    Joseph and Stacey Williams

Keith Carter
Rogers, Hearne & Carter
Post Office Box 7235
Shreveport, LA 71137
(318) 861-1111
Counsel for Defendants/Appellants:
    Thomas C. Litton
    Ronald Dockens

Jack L. Simms, Jr.
Post Office Box 1554
Leesville, Louisiana 71446
(337) 238-9393
Counsel for Plaintiffs/Appellees:
    Joseph and Stacey Williams

Mark A. Begnaud
McCoy, Roberts, & Begnaud, Ltd.
Post Office Box 1369
Natchitoches, Louisiana 71458-1369
(318) 352-6495
Counsel for: Defendant/Appellant:
    Weight Loss Development-
    Denver, LLC

WOODARD, Judge.

For the reasons assigned this day in *Williams v. Litton*, 03-805 (La.App. 3 Cir. __/__/03), ___ So.2d ___, we dismiss the Defendants' writ.

**WRIT DISMISSED.**

1